1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4
   Attorneys for Plaintiff
5  Natividad Gutierrez

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 NATIVIDAD GUTIERREZ,              )   No. 1:11-CV-00579-AWI-SMS
                                     )
12         Plaintiff,                )   **STIPULATION TO CONTINUE**
                                     )   **MANDATORY SCHEDULING**
13     vs.                           )   **CONFERENCE;  ORDER**
                                     )
14 JOHN OHANIAN, AYEDH ALSHOGAA dba  )
   LA ESTRELLA MARKET,               )
15                                   )
                                     )
16         Defendants.               )
                                     )
17 _____)

18     **WHEREAS**, Plaintiff's counsel will be unavailable from July 6, 2011 through August 3,

19 2011 and Defendants' counsel will be unavailable from August 10, 2011 through August 24,

20 2011;

21     **WHEREAS**, the Mandatory Scheduling Conference is currently set for July 13, 2011

22 during Plaintiff's counsel's absence;

23     **IT IS HEREBY STIPULATED** by and between the Parties hereto, by and through

24 their respective counsel, that the Mandatory Scheduling Conference in this matter be continued

25 to a date convenient to the Court after August 24, 2011.

26 Dated: June 15, 2011                        MOORE LAW FIRM, P.C.

27

28                                             /s/ Tanya E. Moore
                                               Tanya E. Moore
                                               Attorneys for Plaintiff Natividad Gutierrez

Stipulation to Continue Mandatory Scheduling Conference
                        Page 1

Dated: June 15, 2011                    MICHAEL WELCH + ASSOCIATES


                                        /s/ Michael D. Welch
                                        Michael D. Welch, Attorneys for Defendants
                                        John Ohanian and Ayedh Alshogaa


### ORDER

The parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for July 13, 2011 be continued to **Monday, September 12, 2011 at 10:30 a.m.** in Courtroom 7 before the Honorable Sandra M. Snyder.  A joint scheduling report shall be filed no later than seven (7) days prior to the conference.


**IT IS SO ORDERED**.


**Dated:   June 15, 2011**                    **/s/ Sandra M. Snyder**
                                        **UNITED STATES MAGISTRATE JUDGE**