UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | CASE NO. 1:11-cv-00579-SMS |
| Plaintiff, | |
| v. | ORDER DIRECTING SUPPLEMENTAL DECLARATION |
| JOHN OHANION, et al., | |
| Defendants. | (Doc. 32) |
| _____/ | |

   This matter is currently before the Court on the parties' cross-briefs regarding Plaintiff's motion for fees and costs, which were submitted, without oral argument, to the Honorable Sandra M. Snyder, United States Magistrate Judge.  Defendant's memorandum of points and authorities opposing the motion refers to specific totals of times claimed by Plaintiff's counsel and paralegal for services associated with specific activities, for example, 5.7 hours allocable to the time spent preparing a confidential settlement conference statement.  Doc. 32 at 2.

    This Court hereby directs Defendants' counsel to submit a supplemental declaration specifically identifying the billing entries used in calculation of each such time total.  Counsel is further directed to break down each such total to reflect time allocated to Plaintiff's counsel and to counsel's paralegal assistant.

   Counsel is directed to submit his supplemental declaration on or before May 11, 2012.  Although the Court does not anticipate any need for Plaintiff to submit any response to the requested supplemental declaration, should Plaintiff feel a response is necessary, it shall be submitted to the

-1-

1  Court on or before May 16, 2012. The matter shall then be deemed submitted for decision pursuant
2  to Local Rule 230(h) (Fed. R. Civ. P. 78).

4  IT IS SO ORDERED.
5  **Dated:   May 2, 2012**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE

-2-