UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>       Plaintiff,<br><br>vs.<br><br>JOHN OHANIAN, et al.,<br><br>       Defendants.<br>_____/ | 1:11-cv-00579-SMS<br><br>**ORDER AMENDING CONSENT DECREE AND DIRECTING THE CLERK OF COURT TO ADMINISTRATIVELY CLOSE CASE**<br>**(Doc. 30)** |

    The Clerk of Court is directed to administratively close this case, despite the specific term set forth in the Consent Decree, signed on February 14, 2012, Doc. 30, page 4, No. 10, wherein, in part, it states:

> "The Court shall retain jurisdiction of this action to enforce provisions of this Order for twelve (12) months after the date of this Consent Decree, or until the injunctive relief contemplated by this Order is completed, whichever occurs later."

    The issue of the Court declining to retain jurisdiction in any of Ms. Moore's cases arose specifically in <u>Daniel Delgado v. Big 5 Sporting Goods Corporation and Stephen Investments, Inc.</u>, USDC Case No. 1:11-cv-02024-SMS, on or about April 18, 2012,

1

after the Consent Decree was signed in the above-captioned case. The court shall not retain jurisdiction, and directs the Clerk of Court to administratively close this case.

IT IS SO ORDERED.

**Dated:   May 30, 2012**                              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE